THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK US DISTRICT COURT
JUN 21 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
JUN 21 2002
CENTRAL DIST...

✓ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-6
___ JS-2/JS-3
___ Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN P. PAYDOS, ~~LAURIE A. PAYDOS~~, ~~JAMES R. NUHN~~, ~~LAURESTON H. HIGGINS~~, BARRY EDGETT, individuals, dba HUEXPRESS,<br><br>Defendants. | Case No. CV 01-04612 DDP (VBKx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 180 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

Dated: June 21, 2002

_____
DEAN D. PREGERSON
United States District Judge